IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                Plaintiff,

    v.                                                  13-CV-0256-A

ERIC HOLDER, JR., individually
and as Attorney General
of the United States,
PREETINDER S. BHARARA, individually
and as United States Attorney for the
Southern District of New York,
JANIS M. ECHENBERG and
CHRISTOPHER D. FRYE,
Individually, and as in their
capacity as representatives
of the United States Attorney's
Office for the Southern District
of New York,

                Defendants.

_____

## NOTICE OF APPEARANCE

**TO:**  **Clerk of the United States District Court
for the Western District of New York**

      You are hereby requested to enter my appearance as counsel for the Defendants in the above-entitled action.

      DATED:  Buffalo, New York, March 19, 2013.

                                  WILLIAM J. HOCHUL, JR.
                                  United States Attorney

                                  s/MARY E. FLEMING
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  Western District of New York
                                  138 Delaware Avenue
                                  Buffalo, New York 14202
                                  716/843-5867
                                  Mary.pat.fleming@usdoj.gov