UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PAUL D. CEGLIA,

                     Plaintiff,

         vs.

ERIC HIMPTON HOLDER, JR., individually
and as Attorney General of the United States,
PREETINDER S. BHARARA, individually
and as US Attorney for the Southern District
of New York,  JANIS M. ECHENBERG
and CHRISTOPHER D. FRYE, individually
and in their capacity as representatives of the US
Attorney's Office for the Southern District of New
York,

                    Defendants.
_____

Civil Action No.:1:13-cv-00256-RJA

**MOTION FOR EXPEDITED DISCOVERY IN ADVANCE OF HEARING ON PRELIMINARY INJUNCTION AND FOR AN EXPEDITED TELEPHONIC CONFERENCE WITH COUNSEL TO SET THE DISCOVERY SCHEDULE**

      Plaintiff, Paul D. Ceglia, hereby moves this Honorable Court for an order permitting him to take, in advance of the preliminary injunction hearing scheduled for May 10, 2013, the deposition of Mark Zuckerberg, a defendant in the underlying civil litigation brought by plaintiff upon which the criminal indictment is based.

      In support of this motion, plaintiff relies upon his Memorandum of Law in Support of Motion for Expedited Discovery in Advance of Hearing on Preliminary Injunction and for an Expedited Telephonic Conference with Counsel to Set the Discovery Schedule, the Declaration of Paul A. Argentieri in support of this motion and the previously filed Verified Complaint.

Dated: April 25, 2013
       Buffalo, New York				Respectfully submitted,

                                                     s/ Robert Ross Fogg
ROBERT ROSS FOGG, ESQ.
69 Delaware Avenue, Suite 600
Buffalo, New York 14202
Telephone: (716) 853-3644
Facsimile: (716) 852-6782
Email: rrfogg711@roadrunner.com

Paul Argentieri, Esq.
PAUL ARGENTIERI & ASSOCIATES
188 Main Street
Hornell, New York 14843
Telephone: (607) 324-3232
Facsimile: (607) 324-6188
Email: paul.argentieri@gmail.com

Joseph M. Alioto, Esq.
THE ALIOTO LAW FIRM
225 Bush Street
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
*Pro Hac Vice Pending*

Gil D. Messina, Esq.
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, New Jersey 07733
Telephone: (732) 332-9300
Facsimile: (732) 332-9301
Email: gmessina@messinalawfirm.com

*Attorneys for Plaintiff Paul D. Ceglia*