UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

PAUL D. CEGLIA,

                        Plaintiff,

        vs.

ERIC HIMPTON HOLDER, JR., individually
and as Attorney General of the United States,
PREETINDER S. BHARARA, individually
and as US Attorney for the Southern District
of New York, JANIS M. ECHENBERG
and CHRISTOPHER D. FRYE, individually
and in their capacity as representatives of the US
Attorney's Office for the Southern District of New
York,

                        Defendants.
_____

Civil Action No.:1:13-cv-00256-RJA

**MOTION FOR EXPEDITED HEARING PURSUANT TO LOCAL RULE 7(d)**

      Plaintiff, Paul D. Ceglia, hereby moves this Honorable Court, pursuant to Local Civil Rule 7(d) for an order granting an expedited hearing on his Motion for Expedited Discovery and an Expedited Telephonic Discovery Scheduling Conference in order to take the deposition of Mark Zuckerberg in advance of the preliminary injunction hearing scheduled for May 10, 2013. The Motion for Expedited Discovery and an Expedited Telephonic Discovery Scheduling Conference and supporting Memorandum of Law and declaration are filed herewith.

Dated:    April 23, 2013
             Buffalo, New York

                                                         Respectfully submitted,

                                                         s/ Robert Ross Fogg_____
                                                         ROBERT ROSS FOGG, ESQ.
                                                         69 Delaware Avenue, Suite 600
                                                          Buffalo, New York 14202
                                                          Telephone: (716) 853-3644
                                                          Facsimile: (716) 852-6782
                                                          Email: rrfogg711@roadrunner.com

(COUNSEL CONTINUED ON NEXT PAGE)

Paul Argentieri, Esq.
PAUL ARGENTIERI & ASSOCIATES
188 Main Street
Hornell, New York 14843
Telephone: (607) 324-3232
Facsimile: (607) 324-6188
Email: paul.argentieri@gmail.com

Joseph M. Alioto, Esq.
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
*Pro Hac Vice Pending*

Gil D. Messina, Esq.
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, New Jersey 07733
Telephone: (732) 332-9300
Facsimile: (732) 332-9301
Email: gmessina@messinalawfirm.com

*Attorneys for Plaintiff Paul D. Ceglia*