UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PAUL D. CEGLIA,

                    Plaintiff,

          v.                              13-CV-0256-A

ERIC HOLDER, JR., individually
and as Attorney General
of the United States,
PREETINDER S. BHARARA, individually
and as United States Attorney for the
Southern District of New York,
JANIS M. ECHENBERG and
CHRISTOPHER D. FRYE,
Individually, and as in their
capacity as representatives
of the United States Attorney's
Office for the Southern District
of New York,

                    Defendants.
_____


**CERTIFICATE OF SERVICE**


I hereby certify that on April 30, 2013, I electronically filed

the foregoing **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO**

**PLAINTIFF'S REQUEST FOR EXPEDITED DISCOVERY and supporting**

**AFFIDAVIT of Mary E. Fleming** with the Clerk of the District

Court using its CM/ECF system, which would then

electronically notify the following CM/ECF participants on this

case:

        Paul A. Argentieri
        Paul.Argentieri@gmail.Com

        Robert Ross Fogg
        Rrfogg711@adelphia.Net


                        S/DANIELLE C. BANKOSKE
                        Danielle C. Bankoske
                        Legal Assistant