AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Paul D. Ceglia,                          **JUDGMENT IN A CIVIL CASE**
                                                           CASE NUMBER: 1:13-CV-256A

      v.

Eric Himpton Holder, Jr.,
 as Attorney General of the United States, et al.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is granted and this case is closed.

Date: March 26, 2014                                        MICHAEL J. ROEMER, CLERK

                                                           By:    s/Deborah M. Zeeb
                                                                    Deputy Clerk